# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00405-CR

**Reymundo Montiel, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-16-0379-E, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Reymundo Montiel filed his notice of appeal on June 6, 2019. The reporter's record was due on October 3, 2019. On the reporter's requests, the time for filing was extended to December 20, 2019. On January 2, 2020, Ms. Sheri Linder requested a fourth extension of time. We order Linder to file the reporter's record in this cause no later than January 13, 2020. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Linder being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on January 7, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Do Not Publish